UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA et al.,<br><br>　　　　　　　　　Defendants | Case No. 3:20-cv-00450-RCJ-WGC<br><br>ORDER |

**I.　DISCUSSION**

On September 9, 2020, the Clerk's Office docketed a "first amended complaint" in this case. (ECF No. 7). On September 22, 2020, Plaintiff filed a notice of error regarding the first amended complaint. (ECF No. 8). In the notice, Plaintiff explains that the "first amended complaint" was supposed to be filed in a completely new case and asks the Court to correct the error. (*Id.* at 1). Plaintiff reattaches the complaint and application to proceed *in forma pauperis* to the notice for the Court to start a new case. (ECF No. 8-1). The Court now corrects the docketing error.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the Clerk of the Court strike the "first amended complaint" (ECF No. 7) from this docket.

It is further ordered that the Clerk of the Court docket the proposed new complaint and new application to proceed *in forma pauperis* (ECF No. 8-1) in a new case and send Plaintiff a courtesy copy of those documents with his new case number.

DATED: September 24, 2020.

　　　　　　　　　　　　　　　　　　_William G. Cobb_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE